# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

| | |
|---|---|
| JAMIE BLAKE, individually and on behalf of those similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| | ) CAUSE NO.: 3:15-cv-114-RLY-MPB |
| v. | )<br>) |
| INDIANA SAFETY CO., INC. | )<br>) |
| Defendant. | ) |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the Stipulation of Dismissal With Prejudice submitted by the parties, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

Dated: __10/26/2016__

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.